IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CR-30170-MJR |
| | ) | |
| JOHN M. HARDIMON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER REGARDING TRANSCRIPT OF DISPOSITION

REAGAN, District Judge:

In March 2011, the undersigned Judge sentenced John Hardimon following his guilty plea to charges of health care fraud and money laundering. A transcript of the disposition (sentencing) hearing was prepared in July 2011 (see Doc. 87). A year later, an inmate at a federal correctional facility in Arkansas sought to obtain a copy of the Hardimon sentencing transcript at Government expense. The undersigned Judge denied that request, but shortly thereafter Defendant Hardimon moved to seal the sentencing transcript, having realized that it contains a significant amount of confidential medical information concerning not only Hardimon's own mental health treatment and history but also the names and medical information of many of Dr. Hardimon's former patients.

The Court denied the motion to seal the entire transcript but allowed Hardimon to file a renewed motion identifying the sections of the transcript which need to be sealed (or redacted) to prevent disclosure of confidential medical information.

Hardimon's counsel did so on November 9, 2012. Plaintiff United States of America, who had lodged an objection to sealing the entire sentencing transcript, has no objection to Hardimon's motion asking to seal portions of the transcript.

Finding good cause, the Court **GRANTS** Defendant's Second Motion to Seal Transcript (Doc. 127) as follows. The prior release of the transcript restriction is **RESCINDED. T**he Clerk's Office **SHALL** re-set the restriction on the *original* transcript of sentencing/disposition (Doc. 87). The Court Reporter shall prepare and file a *redacted* transcript, using the line and page numbers identified in Doc. 127. The *redacted* transcript shall be unrestricted. A copy of this Order shall be provided to the Court Reporter.

IT IS SO ORDERED.

DATED November 13, 2012.

                                                  s/ Michael J. Reagan  
                                                  Michael J. Reagan  
                                                  United States District Judge